UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOANNA LYNN BELANGER, and<br>ESTATE OF WILLIAM A. MARSHALL, SR.<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. as TRUSTEE for<br>GMACM MORTGAGE LOAN TRUST 2006-J1,<br>and OCWEN LOAN SERVICING, LLC<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: C.A. No.:   1:16-cv-10777<br>:<br>:<br>:<br>:<br>:<br>: |

## ANSWER TO VERIFIED COMPLAINT

Defendants, Wells Fargo Bank, N.A. as Trustee for GMACM Mortgage Loan Trust 2006-J1 and Ocwen Loan Servicing, LLC (collectively "Defendants"), responding to the Verified Complaint of Plaintiff Joanne Lynn Belanger and the Estate of William A. Marshall, Sr. ("Plaintiffs") in this action, hereby answer and assert their affirmative defenses as set forth below:

## INTRODUCTION

The allegations of this unnumbered paragraph are not directed at Defendants and thus no response is required thereto.  To the extent that a response is required, the allegations are denied.

## JURISDICTION AND VENUE

1. Admitted that the United States District Court for the District of Massachusetts has jurisdiction over this matter and is the proper venue.

## PARTIES

2. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore these allegations are denied.

3.     Defendants deny that the Estate of William A. Marshall, Sr. currently exists, to the extent that it is alleged.  Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore these allegations are denied.  This paragraph also references documents, the terms of which, if authentic, speak for themselves.  Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

4.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore these allegations are denied.

5.     The allegations of this paragraph are not directed at Defendants and thus no response is required thereto.  To the extent that a response is required, Defendants are without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this Paragraph and therefore these allegations are denied.

6.     Defendants admit that Wells Fargo Bank, N.A. is trustee for GMACM Mortgage Loan Trust 2006-J1 and has a business address at 3451 Hammond, Avenue, Waterloo, IA 50702.  This paragraph also references documents, the terms of which, if authentic, speak for themselves.  Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

7.     Admitted, with the exception of the word "purports."

## THE PROPERTY

8.     Admitted, except the foreclosure has been commenced on behalf of Wells Fargo as Trustee for GMACM Mortgage Loan Trust 2006-J1.

9.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore these allegations are denied.

10. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore these allegations are denied.

## FACTS

11. This paragraph references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

12. This paragraph references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

13. Denied.

14. This paragraph references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document. The remaining allegations are denied.

15. This paragraph references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

16. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore these allegations are denied.

17. Denied. This paragraph also references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

18. Denied. This paragraph also references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

19. Denied.

20. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore these allegations are denied.

21. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore these allegations are denied. This paragraph also references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

22. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore these allegations are denied. This paragraph also references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

23. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore these allegations are denied. This paragraph also references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

24. The allegations of this paragraph are legal conclusions to which no response is required. To the extent that a response is required, Defendants are without knowledge or

information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore these allegations are denied.

25. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore these allegations are denied. This paragraph also references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

26. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore these allegations are denied. This paragraph also references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

27. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore these allegations are denied. This paragraph also references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

28. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore these allegations are denied. This paragraph also references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

29. This paragraph references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

30. This paragraph references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

31. Denied.

32. This paragraph references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

33. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore these allegations are denied.

34. Denied.

35. This paragraph references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

36. This paragraph references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from an authentic terms of the document.

37. This paragraph references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

38. This paragraph references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

39. This paragraph references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

40. This paragraph references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of the document.

41. This paragraph references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

42. This paragraph references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

43. This paragraph references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

44. This paragraph references documents, the terms of which, if authentic, speak for themselves. Defendants deny the allegations to the extent they are "alleged" or vary from the terms of an authentic document.

45. Denied.

## COUNT I
### (Declaratory Judgment)

46. Defendants incorporate by reference each of their responses to Paragraphs 1-45 of Plaintiffs' Verified Complaint.

47. The allegations of this paragraph are legal conclusions to which no response is required. To the extent that a response is required, these allegations are denied.

48. Denied.

49. The allegations of this paragraph are not directed at Defendants and thus no response is required thereto. To the extent that a response is required, these allegations are denied.

## COUNT II
### (Injunctive Relief)

50. Defendants incorporate by reference each of their responses to Paragraphs 1-49 of Plaintiffs' Verified Complaint.

51. Denied.

52. Denied.

53. Denied.

54. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in this Paragraph and therefore these allegations are denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

## AFFIRMATIVE DEFENSES

Defendants set forth the following affirmative defenses and reserve the right to raise additional affirmative defenses that may become apparent during the course of discovery:

### First Affirmative Defense

The Verified Complaint fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

The asserted claims are barred, in whole or in part, by the doctrines of waiver, estoppel, consent, and ratification.

### Third Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs failed to mitigate, minimize, or avoid any damages sustained in connection with the underlying claims.

### Fourth Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, by the Statute of Frauds.

### Fifth Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, by the parol evidence rule to the extent that Plaintiffs seeks to "alter, modify or contradict" the terms of the parties' written agreements.

### Sixth Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, by their breaches of the parties' written agreements.

### Seventh Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

### Eighth Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs failed to perform under the terms of the Mortgage and/or Promissory Note document(s) or otherwise breached the terms of either or both of those documents.

### Ninth Affirmative Defense

The obligations of Defendants if any obligations exist, are defined, limited, and controlled by the mortgage document, including the terms and conditions thereof.

### Tenth Affirmative Defense

The obligations of Defendants if any obligations exist, are defined, limited, and controlled by the assignment documents including the terms and conditions thereof.

### Eleventh Affirmative Defense

Plaintiffs' claims are barred, in whole or in part, by the doctrine of laches.

### Twelfth Affirmative Defense

Plaintiffs' claims are barred because Plaintiffs lack standing to challenge, for any reason, assignments of the mortgage between third parties.

### Thirteenth Affirmative Defense

If Defendants violated any obligation to Plaintiffs Defendant is entitled to a set-off as against amounts still owed by Plaintiffs to Defendants under the relevant Promissory Note.

### Fourteenth Affirmative Defense

Plaintiff Joanna Lynn Belanger lacks standing to bring a claim on behalf of the closed estate of William A. Marshall.

### Fifteenth Affirmative Defense

Plaintiffs' claims are based in whole on a document or documents that are not authentic.

WHEREFORE, the Verified Complaint should be dismissed in its entirety with prejudice, Defendants should be awarded their attorneys' fees and costs in defending this action as allowed by law, and the Court should grant the Defendants such other relief as it deems just and proper.

Respectfully submitted,

**WELLS FARGO BANK, N.A. AS TRUSTEE FOR GMACM MORTGAGE LOAN TRUST 2006-J1 and OCWEN LOAN SERVICING, LLC**

By its Attorneys,

LOCKE LORD LLP

/s/ Joseph A. Farside, Jr.
Joseph A. Farside, Jr. (#667187)
Benjamin R. Davis (#673017)
2800 Financial Plaza
Providence, RI 02903-2499
401.274.9200
401.276.6611 (fax)
Joseph.Farside@lockelord.com
Benjamin.Davis@lockelord.com

DATED:  May 13, 2016

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 13th day of May, 2016, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be mailed to those indicated as non-registered participants.

/s/ Joseph A. Farside, Jr.